# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD DEWAYNE MCMULLIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EVANGELICAL SERVICES FOR** | : | |
| **THE AGING, T/D/B/A WESLEY** | : | |
| **ENHANCED LIVING** | : | **NO. 16-6660** |

## ORDER

**NOW**, this 2nd day of August, 2017, upon consideration of the Motion for Summary Judgment (Document No. 26), the plaintiff's response, the defendant's reply, the plaintiff's supplemental brief in response to the additional documents disclosed by the defendant, and a review of the record, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks summary judgment on the plaintiff's claims under the Pennsylvania Wage Payment and Collection Law, it is **GRANTED**;

2. To the extent the motion seeks summary judgment on the plaintiff's age and disability discrimination claims, it is **DENIED**; and

3. Judgment will be entered upon conclusion of the trial.

                                               /s/ Timothy J. Savage
                                               TIMOTHY J. SAVAGE, J.